```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 19705
    ERIC MONROE HAYNES
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-8119
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/30/08 .

2. The case was dismissed without confirmation, 11/06/2008.

3. The Debtor paid a total of $   1576.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OPTION ONE MORTGAGE | SECURED | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| SANTANDER CONSUMER USA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, MELVIN J KAPLAN            , was allowed $      .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1576.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 19705 ERIC MONROE HAYNES
```